**Edward ABRUSCATO, Plaintiff–Appellant,**

v.

**GEICO GENERAL INSURANCE COMPANY, Defendant–Appellee.**

**No. 14–14194**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

July 20, 2015.

Stephen Anthony Marino, Jr., Danya J. Pincavage, Ver Ploeg & Lumpkin, PA, Miami, FL, for Plaintiff–Appellant.

Billy Richard Young, Adam Duke, Megan Marie Hall, Young Bill Roumbos & Boles, PA, Pensacola, FL, Katina M. Hardee, Cody Pflueger, Young Bill Roumbos & Boles, PA, Miami, FL, for Defendant–Appellee.

Before TJOFLAT, JULIE CARNES, and FAY, Circuit Judges.

We find no error in the District Court's orders granting Geico General Insurance Company summary judgment, Doc. 126, and denying Edward Abruscato's motion for reconsideration, Doc 133, and therefore, affirm the District Court's judgment for Geico General Insurance Company.

AFFIRMED.